adjudication that the defendant-respondent holds certain real property, legal title to which is in his name, as trustee for the benefit of the plaintiff and the defendants, and that each of the parties hereto is entitled to an undivided one-fifth interest therein, and for the further purpose of requiring the defendant-respondent to account for all rents received and collected by him from this property since the date upon which title to the property vested in him. The Appellate Division held that the finding of the trial court that the property in question was transferred to defendant-respondent in trust was not supported by the evidence.

*Walter H. Pickett* for appellant.

*Chester T. Krouse* and *James Nelson MacLean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EMPIRE CITY SAVINGS BANK, Respondent, *v.* ALICE McGREW, Appellant, Impleaded with Others.

*Appeal — order of Appellate Division affirming order of Special Term denying motion to stay proceedings, vacate a judgment of foreclosure and permit service of answer — appeal without permission to Court of Appeals dismissed.*

*Empire City Savings Bank* v. *McGrew*, 221 App. Div. 843, appeal dismissed.

(Submitted March 29, 1928; decided April 13, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 14, 1927, which affirmed an order of Special Term denying defendant-appellant's motion to stay the above-entitled action, to stay the delivery of a deed by the referee in this action to the prospective purchaser, to vacate the judgment of foreclosure, upon the ground that all moneys due under the mortgage foreclosed have been

Prepared by State Reporter from Appeal Papers

paid, and to permit the defendant-appellant to interpose an answer.

*Abraham L. Lazarus* and *Louis J. Elias* for appellant.
*Edward D. Bryde* and *Charles W. Dayton* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY RUCK, as Executrix of GEORGE RUCK, Deceased, Respondent, *v.* LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Defendant, and THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.

*Negligence — railroads — passenger thrown from platform of street railway car to street.*

*Ruck* v. *Garrison*, 222 App. Div. 694, affirmed.
(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's testator alleged to have been occasioned through the negligence of defendants. The complaint alleged that testator boarded one of defendant's cars at Fourth avenue and Ninth street in the borough of Brooklyn and that the defendant, its agents or employees, " so negligently conducted themselves in the charge, care, management and control of said car as to cause the plaintiff's testator to be violently precipitated from the car to the street " and to cause him to receive injuries from which he died.

*Harold L. Warner* and *George D. Yeomans* for appellant.
*E. V. Conwell* and *Joseph A. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.